IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK)

| | |
|---|---|
| Erik B. Cherdak,<br><br>*Plaintiff, Pro Se,*<br><br>v.<br><br>GeoPalz, LLC, et al.<br><br>*Defendants.* | Case No 2:14-cv-00099-RAJ-DEM  |

## NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP RULE 41(a)(1)(A)(i)

Plaintiff, Erik B. Cherdak, having filed a complaint in this action against the named Defendants, hereby submits this Notice of Dismissal With Prejudice pursuant to Fed. Rule. Civ. P. Rule 41(a)(1)(A)(i).

_____
Erik B. Cherdak
Plaintiff, *Pro Se*

Dated: 6/30/2014

Pull To Open

**EXTREMELY URGENT** *Please Rush To Addressee*

*Schedule package pickup right from you home or office at usps.com/pickup*

*Print postage online - Go to usps.com/p*

U.S. POSTAGE PAID GAITHERSBURG, MD 20898 JUL 11, 14 AMOUNT **$19.99** 00051804-08

1007

*PLEASE PRESS FIRMLY*

**EXPRESS MAIL**
*UNITED STATES POSTAL SERVICE*

Flat Rate Mailing Envelope
***For Domestic and International Use***

EK230663009US

EMS

When used internationally affix customs declarations (PS Form 2976, or 2976A).

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT) PHONE ( ) [illegible]
E. [illegible]
[illegible]
Alex[illegible] 22314

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( ) [illegible]
Clerk [illegible]
U.S. D[illegible]
U.S. [illegible]
200 [illegible]
ZIP + 4® (U.S. ADDRESSES ONLY) [illegible]

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 Insurance included.

**UNITED STATES POSTAL SERVICE®** | **PRIORITY ★ MAIL ★ EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 20898 | 7-14-14 | $ 19.99 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| 7-11-14 | | | |
| Time Accepted [illegible] ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Weight ☐ Flat Rate lbs. ozs. | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 19.99 | |
| | Acceptance Employee Initials [illegible] | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 3-ADDRESSEE COPY

BC
[illegible]
7/12/14
10 [illegible]

U.S. MARSHALS INSPECTED

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified™ is a certification mark of MBDC.

*Please recycle.*

082708_EM_EP13F OCT 2008

*Visit us at usps.com* *We Deliver!*

Recycled Paper

EP13F

*This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.*

